

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARQUES E. GUNTZ, | § | No. 08-16-00336-CR |
| Appellant, | § | Appeal from the |
| v. | § | 277th District Court |
| THE STATE OF TEXAS, | § | of Williamson County, Texas |
| State. | § | (TC# 15-0406-K277) |
| | § | |

**O R D E R**

On November 9, 2016, Tonya D. Jones, Appellant's retained attorney, filed a motion to withdraw with the trial court and it was granted. The record reflects that Appellant has filed an affidavit of indigence.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine if the appellant is entitled to court-appointed counsel or if he wishes to proceed pro se. The trial court shall enter all necessary orders and/or findings which may include appointing counsel to represent Appellant on appeal. In the event Appellant elects to proceed pro se, the trial court shall make Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether appellant's apparent decision to relinquish benefits associated with counsel and to proceed pro se is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987)

The trial court shall forward its findings to the District Clerk of Williamson County, Texas, on or before February 12, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and any order appointing counsel, and forward the same to this Court on or before February 22, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 22, 2017.

IT IS SO ORDERED this 23rd day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.